No. 738. LAWYERS TITLE INSURANCE Co. v. LAWYERS TITLE INSURANCE CORP. April 8, 1940. Petition for writ of certiorari to the Court of Appeals for the District of

Columbia denied. *Messrs. Louis M. Denit* and *Clarence A. Brandenburg* for petitioner. *Mr. Andrew D. Christian* for respondent.